IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| FREDDIE BOYD, JR. ) | CRIMINAL NUMBER: 6:22-cr186-1 |
| ) | |
| DEFENDANT ) | |
| _____) | |

## MOTION FOR ADDITIONAL TIME TO RESPOND TO PRESENTENCE REPORT

NOW COMES the Defendant, Freddie Boyd, Jr., by and through his undersigned counsel, for the purpose of requesting the Court to grant additional time to respond with to the presentence report. Counsel will be on vacation during the time allotted to respond.

Objections are currently due on July 14, 2022. Defense counsel requests an additional 10 days from the original objections due date. If granted, the new objections due date will be July 24, 2022.

The Assistant United States Attorney and the United States Probation Officer advised that they consent with this Motion. Counsel appreciates the Court's consideration.

1

2

        Respectfully Submitted,

        s/ Ryan Beasley
        Attorney for Defendant
        Ryan L. Beasley, P.A.
        416 East North Street
        2nd Floor
        Greenville, South Carolina 29601
        864-679-7777
        rlb@ryanbeasleylaw.com
        Federal ID # 9162

June 30, 2022
Greenville, South Carolina